

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00824-CR

**EX PARTE** Robert **MARTINEZ**, Jr.

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 587693
Honorable John Longoria, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED August 1, 2018.

Luz Elena D. Chapa, Justice